**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| JESUS BLANCO RODRIGUEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW in his official capacity DIRECTOR OF USCIS; TODD BLANCHE in his official capacity ATTORNEY GENERAL OF THE UNITED STATES<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 7:26-cv-00222-DC |

**DISMISSAL ORDER**

This Court, having considered the Government's Unopposed Motion to Dismiss the Plaintiff's Complaint as Moot, and the exhibit attached to the Government's Motion, HEREBY ORDERS:

1. The Plaintiff's Complaint is Dismissed as Moot.
2. The Parties are responsible for their own costs and attorney's fees.

IT IS SO ORDERED this 10th day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE